## STATE OF CONNECTICUT *v.* SEAN N. YOUNGS

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 348 (AC 25984), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Elio C. Morgan*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided October 25, 2006